**ORDERED.**

Dated: June 10, 2025

*Grace E. Robson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Timothy O'Brien, | ) | Case No. 6:23-bk-02068-GER |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Timothy O'Brien, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. No. 6:23-ap-00109-GER |
| | ) | |
| v. | ) | |
| | ) | |
| Discover Bank, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING ADVERSARY PROCEEDING

THIS PROCEEDING came before the Court upon the *Withdrawal of Debtor's Complaint Seeking Discharge of a Student Loan Debt Pursuant to 11 U.S.C. § 523 and Rule 7001(B) and Request for Scheduled Conferences to be Cancelled* (the "Notice of Dismissal") (Doc. No. 39) filed by Plaintiff Timothy O'Brien on June 6, 2025, which the Court construes as a notice of

2

voluntary dismissal of this adversary proceeding. The Court, having considered the Notice of Dismissal and the record, it is

**ORDERED**:

1. This adversary proceeding is **DISMISSED**.

2. The status conferences scheduled for June 12, 2025 at 10:15 a.m. and July 17, 2025 at 10:30 a.m. are **CANCELLED**.

# # #

Attorney Robert H. Zipperer is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.